FILED
IN CLERK'S OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS 15  P 12: 15

RAYMOND C. COOK, pro se
      Plaintiff,

          v.

DREW J. SEGADELLI,
      Defendant.

:
:
:
:
:
:
:
:
:
:

U.S. DISTRICT COURT
DISTRICT OF MASS.

04  10115  EFH
Civil Action No.

MAGISTRATE JUDGE Cohen

## CIVIL ACTION

### INTRODUCTION

1.  Plaintiff, Raymond C. Cook, pro se, brings this Civil Rights Action for malpractice and denail of access to the Court against defendant, Drew J. Segadelli, alleging the defendant's acts and/or omissions were negligent, and deceptive and violated plaintiff's constitutional rights in connection with the defendant's representation of plaintiff in ths matter of **Commonwealth of Massachusetts v. Raymond C. Cook,** Bristol County Superior Court No. 35042.

2.  Plaintiff Raymond C. Cook is before this Honorable Court seeking a declaratory judgment, damages and costs of this action.

### PARTIES

3. Plaintiff, Raymond C. Cook's current address is: Post Office Box 100, South Walpole, Massachusetts 02071.  His inmate number is: W-64720.

## JURISDICTION

    4.  This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1332.

## STATEMENT OF CLAIM

5.   On or about January 23, 2002 Plaintiff Raymond C. Cook realized that he was denied his constitutional right to effective assistance of counsel.

6.   At said point in time Plaintiff Cook was a defendant in criminal proceeding pending before the Superior Court of New Bedford, Bristol County in Commonwealth of Massachusetts v. Raymond C. Cook.

7.   Defendant Drew Segadelli was counsel for Plaintiff Cook.

8.   Plaintiff Cook was found guilty because of the actions and in actions cf Defendant Segadelli, who rendered ineffective assistance of counsel.

9.   On January 23, 2002 Plaintiff Cook forwarded a present-ment communication for legal malpractice and constitutional violations.

10.   In connection with the criminal matter of Commonwealth of Massachusetts v. Raymond C. Cook, as a direct and proximate result of Defendant Drew Segadelli's acts and/or omissions therein, including, but not limited to his failure to meaning-fully investigate, presenting a defense of not guilty by reason of insanity against Plaintiff's wishes and instructions; and slandering Plaintiff in an effort to make Plaintiff appear insane.

11.   Plaintiff Cook was found guilty of murder in the first degree because of the ineffective assistance of Defendant Drew

Segadelli.

12.  Now Plaintiff Raymond C. Cook is caused to spend the rest of his life in prison, and suffer physical and emotional suffering because of the conduct of Defendant Drew J. Segadelli.

**RELIEF REQUESTED**

WHEREFORE, Plaintiff Raymond C. Cook requests that the Court grant the following relief:

A.   Issue a declaratory judgment stating that:

> 1.   The representation rendered to the Plaintiff by Defendant Drew J. Segadelli was ineffective and violated the Plaintiff's rights under the First Amendent to the United States Constitution.
>
> 2.   In connection with the criminal matter of Commonwealth of Massachusetts v. Raymond C. Cook, as a direct and proximate result of Defendant Drew J. Segadelli's acts and/or omissions therein, including, but not limited to his failure to meaningfully investigate, presenting a defense of not guilty by reason of insanity resulted in Plaintiff Cook being found guilty.
>
> 3.   Defendant Segadelli refused to condcut an appropriate investigation and utilize available investigative testing.
>
> 4.   Plaintiff Cook was found guilty of murder in the first degree because of the ineffective assistance of Defendant Drew Segadelli.

B.   Award compensatory damages in the following amounts:

> 1.   $10,000,000.00 against Defendant Segadelli for the ineffective assistance rendered to the Plaintiff.
>
> 2.   $10,000,000.00 for the punishment and emotional injury resulting from the conduct of Defendant Segadelli.

C.   Award punitive damages in the following amounts:

> 1.   $10,000,000.00 against Defendant Segadelli.

D.   Appoint Counsel to assist Plaintiff Cook proceed with this action.

E.  Costs of this action.

F.  Grant such other relief as it may appear that Plaintiff Raymond C. Cook is entitled.

Dated:  January 12, 2004

*Raymond C. Cook*

Raymond C. Cook, pro se
W-64720
MCI-Cedar Junction
P. O. Box 100
South Walpole, MA 02071