UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RAYMOND C. COOK,
        Plaintiff,

Civil Action No. 04-10115-EFH

v.

DREW J. SEGADELLI,
        Defendant.

## ORDER OF DISMISSAL

HARRINGTON, D.J.

    In accordance with this Court's order dated March 1, 2004, it is ORDERED that the within action be and it is hereby dismissed.

By the Court,

s/ Linn A. Weissman
Deputy Clerk

Date March 1, 2004

(noticeofdismissal.wpd - 12/98)        [odism.]